FILED

06/11/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0197

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA  20-0197

STATE OF MONTANA,

> Plaintiff and Appellee,

v.

RICHARD DENVER HINMAN,

> Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until July 15, 2020 to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 11 2020